UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | CAUSE NO. 1:22-CR-00260(1)-DC |
| | § § | |
| STEVEN MARQUEZ | § | |

**UNOPPOSED MOTION FOR SENTENCE REDUCTION**

Defendant, by and through undersigned counsel, moves for a sentence reduction based on the Sentencing Commission's retroactive reduction to the criminal history guidelines. *See* 18 U.S.C. § 3582(c)(2); Federal Rule of Criminal Procedure 43(b)(4).

The U.S. Sentencing Commission made Parts A and B, Subpart 1, of Amendment 821 retroactively applicable to previously sentenced defendants. *See* U.S.S.G. App. C., amend. No. 825; U.S.S.G. §1B1.10, p.s. (eff. Nov. 1, 2023). Part A of the amendment addresses guideline §4A1.1 status points, decreasing them by one point for individuals with seven or more criminal history points and eliminating status points for those with six or fewer criminal history points.

As a result of this retroactive amendment, a reduction from Defendant's current sentence is appropriate as set forth in the agreed order styled Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2). A reduction is consistent with the Sentencing Reform Act, the guideline policy statements, and 18 U.S.C. § 3553(a). If the reduction is less than the amount of time the defendant has already served, the sentence should be reduced to a time-served sentence. U.S.S.G. §1B1.10 cmt. n.3. The order will be effective February 1, 2024. U.S.S.G. App. C, amend. 825.

AUSA Michelle Fernald has been consulted, and the Government joins in requesting issuance of the agreed order.

FOR THESE REASONS, Defendant requests that the Court reduce Defendant's sentence as set out in the agreed order.

    Respectfully submitted.

    MAUREEN SCOTT FRANCO
    Federal Public Defender

    /s/ KRISTIN L. DAVIDSON
    Assistant Federal Public Defender
    Western District of Texas
    504 Lavaca Street, Suite 960
    Austin, Texas 78701
    (512) 916-5025
    (512) 916-5035
    State Bar Number: New Mexico 14805

    *Attorney for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on the January 5, 2024, I filed the foregoing **Unopposed MOTION to Reduce Sentence - USSC Amendment 821** using the CM/ECF system which will give electronic notification to the following:

Kavitha Bondada
United States Department of Justice
Tax Division
Post Office Box 227
Ben Franklin Station
Washington, DC 20001
202-307-6536
Email: kavitha.bondada@usdoj.gov

David Zisserson
U.S. Department of Justice
Tax Division
150 M Street, N.E.
4 Constitution Square Washington, DC 20002
202-514-6479
Email: david.zisserson@usdoj.gov

I also certify that on January 5, 2024, I emailed a copy to AUSA Michelle Fernald at Michelle.Fernald@usdoj.gov.

    /s/ KRISTIN L. DAVIDSON

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:22-cr-00260(1)-DC |
| Steven Marquez ) | USM No: 36865-510 |
| ) | |
| Date of Original Judgment: 09/13/2023 ) | |
| Date of Previous Amended Judgment: ) | Kristin L. Davidson |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 30 months **is reduced to** 27* .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*The sentences for counts one and two were each reduced to 27 months, to run concurrently, for a total sentence of 27 months.

It is further **ORDERED** that any pro se motion for reduction of sentence under Amendment 821 is **DISMISSED AS MOOT**.

It is further **ORDERED** that, if this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time-served sentence.

Except as otherwise provided, all provisions of the judgment dated 09/13/2023 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 

*Judge's signature*

Effective Date: 02/01/2024     David Counts, U.S. District Judge
*(if different from order date)*     *Printed name and title*